UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VICTORIA HERNANDEZ,                    )
                        Plaintiff,     )    CIV. S-04-1747 GEB PAN
                                       )
        v.                             )    ORDER CONTINUING STATUS
                                       )    (PRETRIAL SCHEDULING)
STEVE MARTINEZ,[1]                     )    CONFERENCE
                        Defendant.     )
_____)

        Plaintiff's Status Report, filed on May 5, 2005, reveals
that the Magistrate Judge has under submission the default judgment of
Defendant.  Therefore, the Status (Pretrial Scheduling) Conference set
for May 23, 2005, is continued to August 22, 2005, at 9:00 a.m.
Plaintiff shall file a status report no later than August 8, 2005, in
which Plaintiff is only required to explain the status of the
default issue.

        IT IS SO ORDERED.

Dated:  May 17, 2005


                            /s/ Garland E. Burrell, Jr.
                            GARLAND E. BURRELL, JR.
                            United States District Judge

_____

        [1]     The caption is amended to reflect that Defendants
Jackie Martinez and the Garcia Family Revocable Trust were
dismissed by Plaintiff on December 28, 2004.