UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VICTORIA HERNANDEZ,  )
                     )   CIV. S-04-1747 GEB PAN
         Plaintiff,  )
                     )
    v.               )   ORDER CONTINUING STATUS
                     )   (PRETRIAL SCHEDULING)
STEVE MARTINEZ,      )   CONFERENCE
                     )
         Defendant.  )
_____)

        Plaintiff's Status Report, filed on August 17, 2005, reveals that the Magistrate Judge has under submission the default judgment of Defendant. Therefore, the Status (Pretrial Scheduling) Conference set for August 22, 2005, is continued to October 31, 2005, at 9:00 a.m. Plaintiff shall file a status report no later than October 17. 2005, in which Plaintiff is only required to explain the status of the default issue.

        IT IS SO ORDERED.

DATED: August 12, 2005

                                                   /s/ Garland E. Burrell, Jr.
                                                   GARLAND E. BURRELL, JR.
                                                   United States District Judge