UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA HERNANDEZ, ) | |
| ) | CIV. S-04-1747 GEB PAN |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING STATUS |
| ) | (PRETRIAL SCHEDULING) |
| STEVE MARTINEZ, ) | CONFERENCE |
| ) | |
| Defendant. ) | |

      Plaintiff's Status Report, filed on October 17, 2005, reveals that the Magistrate Judge has under submission the default judgment of Defendant.  Therefore, the Status (Pretrial Scheduling) Conference set for October 31, 2005, is continued to March 6, 2006, at 9:00 a.m.  Plaintiff shall file a status report no later than February 21, 2006, in which Plaintiff is only required to explain the status of the default issue.

      IT IS SO ORDERED.

DATED:  October 20, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge