```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


VICTORIA HERNANDEZ                  )
                                    )    2:04-cv-1747-GEB-PAN
                                    )
              Plaintiff,             )
                                    )    ORDER CONTINUING STATUS
     v.                             )    (PRETRIAL SCHEDULING)
                                    )    CONFERENCE
STEVE and JACKIE MARTINEZ; and      )
GARCIA FAMILY REVOCABLE TRUST,      )
PLAZA, A CALIFORNIA LIMITED         )
                                    )
              Defendants.           )
                                    )
```

The Status (Pretrial Scheduling) Conference set for March 6, 2006, is rescheduled for July 31, 2006, at 9:00 a.m. The Plaintiff shall file a further status report no later than July 17, 2006, which explains only the status of the default proceedings.

IT IS SO ORDERED.

Dated: February 23, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge