IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIA HERNANDEZ,

    Plaintiff,                    2:04-cv-1747-GEB-PAN (JFM)

vs.

STEVE MARTINEZ,

    Defendant.                <u>ORDER</u>

_____/

        Plaintiff's motion for entry of default judgment was submitted on the record without hearing.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(b)(17) and 28 U.S.C. § 636(b)(1).

        On July 19, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  Neither party has filed objections to the Findings and Recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The Findings and Recommendations filed July 19, 2006, are adopted ;

2. Plaintiff's February 14, 2005 motion for entry of default judgment is GRANTED. The proposed judgment filed by plaintiff on February 14, 2005 (docket no. 17), modified to comport with the findings and recommendations, will issue separately.

Dated: October 3, 2006

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```