THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Victoria Hernandez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA HERNANDEZ | Case No.  CIV. S-04-1747 GEB PAN |
| Plaintiff, | DEFAULT JUDGMENT |
| v. | |
| STEVE MARTINEZ, | |
| Defendant. _____/ | |

The Default of Steve Martinez having been previously entered, all other defendants having been dismissed, and the Court having considered Plaintiff's Application for a Default Judgment against Steve Martinez, and the Findings and Recommendations of United States Magistrate Judge John F. Moulds, the Court renders Judgment against Steve Martinez as follows:

A.  FINDINGS OF FACT:

1.  Plaintiff is a permanently disabled wheelchair user who is disabled as that term is used in the Americans with Disabilities Act.

2.  Steve Martinez is an owner of the real property at 5601 Wilkinson Street, Sacramento, California (hereafter "the property").

1

3. A "Fast Stop" convenience store is operated on the property.

4. The property is a public accommodation.

5. On June 26, 2003, Plaintiff attempted to patronize the Fast Stop Store, but did not patronize it because there were no accessible parking spaces in the parking lot, which was a barrier to Plaintiff.

B.  INJUNCTION:

Within 90 days of service of a copy of this Judgment upon Steve Martinez, Steve Martinez shall make the following modifications to the property:

1. Paint a crosswalk where the path of travel from the public way crosses a vehicular way.

2. Mount the tow away sign required by CBC 1129B.5 in front of the accessible parking space.

3. Re-stripe the accessible parking space so that it is at least 108" wide and at least 216" long, add the words "NO PARKING" to the access aisle in 12" high white letters.

4. Pave the accessible parking space and access aisle so that they have slopes which do not exceed 2%.

5. Mount reflectorized signs at the front of the accessible space which includes an ISA symbol and the words "Parking Only" and has a sign that states "Van-Accessible" immediately below it.

6. Re-paint the surface identification so as to be visible to a traffic control officer when a vehicle is properly parked in the space.

7. Install wheelstops at the head of the accessible parking space and at the head of other parking spaces where needed to ensure that vehicles do not encroach into the path of travel from the public way.

8. Install a curb ramp which complies with applicable State and Federal access laws which provide a smooth transition from the accessible parking space to the entrance sidewalk.

9. Post a directional sign with an International Symbol of Accessibility on Wilkinson

Street, pointing to the accessible path of travel on Fruitridge Road.

10. Install a panel at the bottom of the entrance door on the push side of the entrance door so that the required 10" of smooth uninterrupted surface is provided.

11. Adjust the entrance door so that it requires 8.5 lbs. or less of force to open.

12. Post an ISA sign on the entrance door.

C. DAMAGES:

The Court grants Judgment in Plaintiff's favor and against Steve Martinez for damages, pursuant to California Civil Code Section 52(a) in the amount of $4,000.00.

D. ATTORNEY'S FEES:

Plaintiff is entitled to reasonable attorney's fees and costs incurred in this action; plaintiff shall seek such fees and costs by separate motion.

IT IS SO ORDERED

Dated  October 3, 2006

```
                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge
```